Jack FRANKEL, Anthony Sibilia, Harry Silverstein, Mike Wendell, Carmen Bosco, Charles P. Betters, James Collins, James Macri, James A. Ventrone, M. J. Ventrone, Michael Cozza, Dewey Budwey, Richard Burgundy, Francis Haeck, John J. Juliana, Defendants-Appellants, v. UNITED STATES, Appellee.

Nos. 5456, 5458, 5459, 5507–5509, 5613, 5614, 5616–5622.

Circuit Court of Appeals, Third Circuit.
July 30, 1935.

Robert M. McWade and S. C. Pugliese, both of Pittsburgh, Pa., for appellants.

H. S. Dumbauld, U. S. Atty., and James I. Marsh, Asst. U. S. Atty., both of Pittsburgh, Pa., and Louis E. Graham, Sp. Asst. to Atty. Gen., for the United States.

Before BUFFINGTON and THOMPSON, Circuit Judges, and FORMAN, District Judge.

BUFFINGTON, Circuit Judge.

For the reasons stated in the cases of Mastrianni et al. v. United States (C.

C. A.) 79 F.(2d) 429, the motions to dismiss are allowed. We have, however, considered the merits of the appeals and find no reason to reverse. The judgments are, therefore, affirmed.